UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

Hemkumarie Hall,

        Plaintiff,

–v–

Harvic International, LTD, et al.,

        Defendants.

20-CV-3293 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 5, 2020, the parties were advised that pursuant to this Court's individual rules, they were to submit a joint letter and proposed case management plan no later than seven days prior to the Initial Pretrial Conference, scheduled to take place on September 4, 2020. Dkt. No. 5. On August 21, 2020, the parties were directed to advise the Court whether they could do without a pretrial conference. Dkt. No. 11. As of the date of this Order, the Court has not received the parties' joint letter and proposed case management plan. The parties are hereby ORDERED to submit their joint letter and proposed case management plan no later than Wednesday, September 2, 2020.

    SO ORDERED.

Dated: August 31, 2020
       New York, New York

                                                                           _____
                                                                           ALISON J. NATHAN
                                                                  United States District Judge