```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hemkumarie Hall,

           Plaintiff,

–v–

Harvic International, LTD, et al.,

           Defendants.

20-CV-3293 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the parties' agreement on a discovery schedule, *see* Dkt. Nos. 13, 14, the Court finds that an initial pretrial conference is unnecessary at this time. The initial pretrial conference currently scheduled for September 4, 2020 is therefore adjourned *sine die*. The Court will enter the parties' proposed case management plan and refer the parties for mediation to the Southern District Mediation Program by separate Orders.

    SO ORDERED.

Dated: September 3, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge