USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Hemkumarie Lall,

                      Plaintiff,                    20-cv-3293 (AJN)

         –v–                                 ORDER

Harvic International Ltd., *et al.*,

                      Defendants.

-----------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the scheduled conference. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

      If the parties indicate that they can do without a conference, the conference will be cancelled. If a conference is held, it will be by telephone. The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: January 19, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge