```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Hemkumarie Lall,

                                Plaintiff,                        20-cv-3293 (AJN)

              -v-                                                    ORDER

Harvic International Ltd., *et al.*,

                              Defendants.

------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      As noted in Dkt. No. 22, the parties were to have submitted a joint status letter on ECF no later than seven days prior to the post-discovery conference scheduled for March 5, 2021. As of the date of this Order, the Court has not yet received such a joint status letter. **The post-discovery conference is therefore ADJOURNED to March 12, 2021 at 3:00 p.m.**

      The parties are ORDERED to submit a letter, in accordance with Dkt. No. 22, by no later than March 5, 2021. Failure to abide by this Order may result in the case being dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); Baptiste v. Sommers, 768 F.3d 212, 216 (2d Cir. 2014) ("Rule 41(b) of the Federal Rules of Civil Procedure authorizes the district court to dismiss an action '[i]f the plaintiff fails to prosecute or to comply with [the] rules or a court order.'").

      If the parties indicate that they can do without a conference, the conference will be canceled. If a conference is held, it will be by telephone. The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: March 3, 2021
       New York, New York

                                                            ALISON J. NATHAN
                                                      United States District Judge