# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**   Tel: 718-740-1000
Email: abdul@abdulhassan.com   Fax: 718-740-2000
*Employment and Labor Lawyer*   Web: www.abdulhassan.com

**April 5, 2021**

**Via ECF**

Hon. Alison J. Nathan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 906
New York, NY 10007
Tel: 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

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

> The deadline to file the motion for settlement approval is hereby extended to April 19, 2021.
> SO ORDERED.
>
> /s/ Alison J. Nathan
> 4/8/2021

**Re: Lall v. Harvic International Ltd. et al.**
Case No. 20-CV-03293 (AJN)(SN)
Motion for Extension of Time

Dear Judge Nathan:

    My firm represents plaintiff in the above-referenced action and I respectfully write to request a brief two-week extension of the April 5, 2021 deadline for plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement agreement. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

1