# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**      Tel: 718-740-1000
Email: abdul@abdulhassan.com      Fax: 718-740-2000
*Employment and Labor Lawyer*      Web: www.abdulhassan.com

April 19, 2021

**Via ECF**

Hon. Alison J. Nathan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 906
New York, NY 10007
Tel: 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

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2021

**Re: Lall v. Harvic International Ltd. et al.**
Case No. 20-CV-03293 (AJN)(SN)
Motion for Extension of Time

Dear Judge Nathan:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the April 19, 2021 deadline for plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to arrange for clients' signature and defense counsel is currently "out of town on a family emergency." One prior request for an extension of this deadline was made and granted.

SO ORDERED.

*Alison J. Nathan*
4/20/2021

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

1