# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                                Fax: 718-740-2000
*Employment and Labor Lawyer*                            Web: www.abdulhassan.com

<div align="center">April 26, 2021</div>

**Via ECF**

Hon. Alison J. Nathan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 906
New York, NY 10007
Tel: 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

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

<div align="center"><u>Re: Lall v. Harvic International Ltd. et al.</u>
Case No.  20-CV-03293 (AJN)(SN)
Motion for Extension of Time</div>

Dear Judge Nathan:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the April 26, 2021 deadline for plaintiff to file her motion for settlement approval. This request is being made because defense counsel needs some additional time to confer with his clients. Two prior requests for an extension of this deadline were made and granted.

SO ORDERED.

    We thank the Court in advance for its time and consideration.

*[signature: Alison J. Nathan]*
4/27/2021

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF