UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HEMKUMARIE LALL,

                              Plaintiff,                        20-CV-3293 (SN)

                   -against-                        **ORDER OF DISMISSAL**

HARVIC INTERNATIONAL LTD., et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 5, 2021, the Honorable Alison J. Nathan assigned this matter to my docket. Two days before, the parties had filed their fully executed settlement agreement for the Court's approval pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 34.

      The parties report that they have reached a settlement agreement following mediation. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

      The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       May 10, 2021
                  New York, New York